UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTHONY AVENATTI, <br> BARBARA E. AVENATTI, <br> <br> Plaintiffs, <br> <br> v. <br> <br> GREE USA, INC., <br> GREE ELECTRIC APPLIANCES, INC. OF ZHUHAI, <br> HONG KONG GREE ELECTRIC APPLIANCES SALES LTD., <br> MJC AMERICA LTD. <br>    d/b/a SOLEUS INTERNATIONAL INC., <br> MJC AMERICA HOLDINGS CO., LTD., <br> <br> Defendants. | No. 2:20-cv-00354-JPH-MJD |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 26, 2021, Magistrate Judge Mark Dinsmore entered a Report and Recommendation, dkt. 114, recommending that the Court grant Plaintiffs' motion for sanctions, dkt. 100. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [114].

Plaintiffs' motion for sanctions is **GRANTED**, dkt. [100], and **default is entered** against Defendants, *see* Fed. R. Civ. P. 37(b)(2)(A)(vi). Default judgment will follow after damages have been determined according to the plan described in Magistrate Judge Dinsmore's order. *See* dkt. 114 at 10; *e360*

1

*Insight v. The Spamhaus Project,* 500 F.3d 594, 602 (7th Cir. 2007).

**SO ORDERED**.

Date: 8/18/2021

                                                  James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

James W. Hehner
CLENDENING JOHNSON & BOHRER PC (Indianapolis)
jhehner@lawcjb.com

Brittany Kay Norman
CLENDENING JOHNSON & BOHRER PC (Indianapolis)
bnorman@lawcjb.com

James F. Regan
GORDON REES SCULLY MANSUKHANI LLP
jregan@grsm.com

Richard A. Schuster
MATTHIESEN WICKERT & LEHRER, S.C.
rschuster@mwl-law.com

Stephen A. Smith
MATTHIESEN WICKERT & LEHRER SC
ssmith@mwl-law.com